Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **THE B.L.H.G. GROUP, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  SMILE NOW DENTAL INPLANT** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-2982446** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **3011 SOUTH LINDSAY ROAD**<br>**SUITE 118**<br>**GILBERT, AZ 85295**<br>Number, Street, City, State & ZIP Code | **7047 EAST GREENWAY PARKWAY, #250**<br>**SCOTTSDALE, AZ 85254**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **MARICOPA**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.smilenowdentalimplantcenters.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>  6212  </u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | | | | |
|---|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in this district?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**█ Statistical and administrative information**

**13. Debtor's estimation of available funds** .

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Request for Relief, Declaration, and Signatures |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **March 11, 2025**
                 MM / DD / YYYY

X **/s/ BLAKE AUSTIN**
Signature of authorized representative of debtor

**BLAKE AUSTIN**
Printed name

Email Address of debtor

Title   **MANAGER/MEMBER**

**18. Signature of attorney**

X **/s/ Allan D. NewDelman**                    Date  **March 11, 2025**
Signature of attorney for debtor                     MM / DD / YYYY

**Allan D. NewDelman 004066**
Printed name

**ALLAN D. NEWDELMAN, P.C.**
Firm name

**80 EAST COLUMBUS AVENUE**
**PHOENIX, AZ 85012**
Number, Street, City, State & ZIP Code

Contact phone  **602-264-4550**       Email address  **anewdelman@adnlaw.net**

**004066 AZ**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **THE B.L.H.G. GROUP, LLC**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
     amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 11, 2025**      X **/s/ BLAKE AUSTIN**
                                          Signature of individual signing on behalf of debtor

                                          **BLAKE AUSTIN**
                                          Printed name

                                          **MANAGER/MEMBER**
                                          Position or relationship to debtor

| | |
|---|---|
| Debtor name | **THE B.L.H.G. GROUP, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF ARIZONA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ACKO CONSULTING 27626 NORTH 65TH LANE PHOENIX, AZ 85083** | | **SERVICES** | | | | **$9,890.00** |
| **AMERICAN EXPRESS PO BOX 96001 LOS ANGELES, CA 90096** | | **JUDGMENT** | | | | **$12,991.56** |
| **BENCO DENTAL PO BOX 491 PITTSTON, PA 18640-0491** | | **JUDGMENT** | | | | **$24,391.00** |
| **DANI DENTAL STUDIO 1243 EAST BROADWAY SUITE 201 TEMPE, AZ 85282** | | **SERVICES** | | | | **$41,806.49** |
| **DIVVY 13707 SOUTH 200 WEST SUITE 100 DRAPER, UT 84020** | | **CREDIT CARD** | | | | **$60,323.34** |
| **ELITE ANASTHESIA 7090 SOUTH UNION PARK AVENUE SUITE 300 MIDVALE, UT 84047** | | **SERVICES** | | | | **$18,000.00** |
| **FRANK VERS 3130 NORTH OAKLAND STREET #101 MESA, AZ 85215** | | **SERVICES** | | | | **$9,251.00** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **FUNDBOX 5760 LEGACY DRIVE SUITE B3-535 PLANO, TX 75024** | | **LOAN** | | | | $38,794.32 |
| **INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 PHILADELPHIA, PA 19101-7346** | | **PAYROLL TAXES** | | | | $20,000.00 |
| **LG FUNDING LLC 1218 UNION STREET BROOKLYN, NY 11225** | | **ALL PROPERTY NOT OTHERWISE ENCUMBERED SUBJECT TO 1ST AND 2ND POSITION UCC1 LIENS AND EXCLUDING SECURITY DEPOSITS** | | $92,500.00 | $81,631.00 | $92,500.00 |
| **MED DEN FUNDING 2700 FLETCHER AVENUE LINCOLN, NE 68504** | | **LOAN** | | | | $60,000.00 |
| **MULIGAN FUNDING 4715 VIEWRIDGE ROAD SAN DIEGO, CA 92123** | | **ALL PROPERTY NOT OTHERWISE ENCUMBERED BUT SUBJECT TO 1ST POSITION UCC1 LIEN AND EXCLUDING SECURITY DEPOSITS** | | $149,046.50 | $81,631.00 | $127,415.50 |
| **PALAK SHETH C/O JAMES WEILER ESQ 5050 NORTH 40TH STREET #260 PHOENIX, AZ 85018** | | **SERVICES** | | | | $20,800.00 |
| **SANTAN ORAL SURGERY 5353 NORTH 16TH STREET SUITE 380 PHOENIX, AZ 85016** | | **JUDGMENT** | | | | $72,414.00 |
| **SITE CENTERS 3300 ENTERPRISE PARKWAY BEACHWOOD, OH 44122** | | **BROKEN LEASE** | | | | $273,090.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| SITE CENTERS 3300 ENTERPRISE PARKWAY BEACHWOOD, OH 44122 | | SERVICE | | | | $90,746.21 |
| TERESA AMI NEED ADDRESS NEED ADDRESS | | LOAN | | | | $64,921.60 |
| THE LCF GROUP INC 3000 MARCUS AVEUE SUITE 2W15 LAKE SUCCESS, NY 11042 | | ALL PROPERTY NOT OTHERWISE ENCUMBERED BUT SUBJECT TO 1ST, 2ND, & 3RD POSITION UCC1 LIENS AND EXCLUDING SECURITY DEPOSITS | | $46,206.00 | $81,631.00 | $46,206.00 |
| UNITED HEALTHCARE C/O DANNY FORD ESQ 3654 NORTH POWER ROAD #132 MESA, AZ 85215 | | JUDGMENT | | | | $8,981.76 |
| US BANK PO BOX 4493 PORTLAND, OR 97208-4493 | | 2022 GMC YUKON - DEBTOR INTENDS TO SURRENDER | | $93,239.49 | $65,000.00 | $28,239.49 |

Debtor name    **THE B.L.H.G. GROUP, LLC**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
  amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

---

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................    $ _____0.00_

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................    $ ___180,813.32_

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................    $ ___180,813.32_

---

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $ ___465,991.99_

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................    $ ___25,000.00_

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$ ___1,664,978.28_

4.    Total liabilities ...............................................................................................
    Lines 2 + 3a + 3b                                                                            $ ___2,155,970.27_

Fill in this information to identify the case:

Debtor name    **THE B.L.H.G. GROUP, LLC**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **WELLS FARGO BANK** | **CHECKING** | 3527 | **$77,031.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
| --- | --- |
| **$77,031.00** | |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

| | | |
| --- | --- | --- |
| 7.1. | **LANDLORD SECURITY DEPOSIT HELD BY AG-CW EAST BELL ROAD OWNER, LLC (PRESUMED LANDLORD WILL KEEP DUE TO LOCK-OU)** | **$7,665.32** |
| 7.2. | **LANDLORD SECURITY DEPOSIT HELD BY CORYNOPUNITA, LLC** | **$6,517.00** |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| Debtor | THE B.L.H.G. GROUP, LLC | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

Description, including name of holder of prepayment

| 9. | **Total of Part 2.** | | $14,182.32 |
|---|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | | |

<table>
<tr><td style="background:black;color:white">Part 3:</td><td colspan="2"><b>Accounts receivable</b></td></tr>
</table>

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

<table>
<tr><td style="background:black;color:white">Part 4:</td><td colspan="2"><b>Investments</b></td></tr>
</table>

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

<table>
<tr><td style="background:black;color:white">Part 5:</td><td colspan="2"><b>Inventory, excluding agriculture assets</b></td></tr>
</table>

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | | | | |
| 20. Work in progress | | | | |
| 21. Finished goods, including goods held for resale | | | | |
| 22. Other inventory or supplies SURGICAL CONSUMABLES | MARCH 5, 2025 | Unknown | cost | $1,000.00 |

| 23. | **Total of Part 5.** | | $1,000.00 |
|---|---|---|---|
| | Add lines 19 through 22. Copy the total to line 84. | | |

24. **Is any of the property listed in Part 5 perishable?**
   ■ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

<table>
<tr><td style="background:black;color:white">Part 6:</td><td colspan="2"><b>Farming and fishing-related assets (other than titled motor vehicles and land)</b></td></tr>
</table>

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** GENERAL OFFICE FURNITURE | **Unknown** | **DEBTOR'S OPINION** | **$1,000.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** 8 COMPUTERS 7 TV MONITORS, 3 PRINTERS | **Unknown** | **DEBTOR'S OPINION** | **$1,100.00** |
| | PHONE SYSTEM | **Unknown** | **DEBTOR'S OPINION** | **$500.00** |
| | DENTAL CHAIRS & DENTAL INSTRUMENTS | **Unknown** | **DEBTOR'S OPINION** | **$1,000.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | |
|---|---|
| | **$3,600.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2022 GMC YUKON** | **Unknown** | **DEBTOR'S OPINION** | **$65,000.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **X-RAY MACHINE** | **Unknown** | **DEBTOR'S OPINION** | **$20,000.00** |

51. **Total of Part 8.**

   Add lines 47 through 50. Copy the total to line 87.

   | **$85,000.00** |
   |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No. Go to Part 10.
   ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **9377 EAST BELL ROAD SUITE 347 SCOTTSDALE, AZ 85260**<br><br>**DEBTOR HAS BEEN LOCKED OUT** | **LESSEE (TENANT) SEE SCHEDULE G** | **$0.00** | | **$0.00** |
| 55.2.  **3011 SOUTH LINDSAY ROAD SUITE 118 GILBERT, AZ 85295** | **LESSEE (TENANT) SEE SCHEDULE G** | **$0.00** | | **$0.00** |

56. **Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   | **$0.00** |
   |---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:**   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **SMILE NOW DENTAL IMPLANT - TRADENAME - NO VALUE** | **Unknown** | **DEBTOR'S OPINION** | **$0.00** |
| 61. **Internet domain names and websites** **www.smilenowdentalimplantcenters.com - NO VALUE** | **Unknown** | **DEBTOR'S OPINION** | **$0.00** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| **$0.00** |
|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)?

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $77,031.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $14,182.32 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,600.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $85,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $180,813.32 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $180,813.32 |

Debtor name   **THE B.L.H.G. GROUP, LLC**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

---

**2.1**   **DENTISTRY FOR YOU II, LLC**
Creditor's Name

**C/O SAM FOREMAN**
**4720 EAST TIERRA BUENA LANE**
**PHOENIX, AZ 85032**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2020**
**Last 4 digits of account number**
**N/A**
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**ALL PROPERTY NOT OTHERWISE ENCUMBERED BUT EXCLUDING SECURITY DEPOSITS**

**Describe the lien**
**1ST POSITION UCC1 RECORDED 4/2/2020**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$60,000.00**     **$81,631.00**

---

**2.2**   **LG FUNDING LLC**
Creditor's Name

**1218 UNION STREET**
**BROOKLYN, NY 11225**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2022**

**Describe debtor's property that is subject to a lien**
**ALL PROPERTY NOT OTHERWISE ENCUMBERED SUBJECT TO 1ST AND 2ND POSITION UCC1 LIENS AND EXCLUDING SECURITY DEPOSITS**

**Describe the lien**
**3RD POSITION UCC1 RECORDED ON 8/23/2022**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**$92,500.00**     **$81,631.00**

---

**Last 4 digits of account number**
**N/A**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **MULIGAN FUNDING** | **Describe debtor's property that is subject to a lien** | **$149,046.50** | **$81,631.00** |
|---|---|---|---|---|

Creditor's Name

**4715 VIEWRIDGE ROAD
SAN DIEGO, CA 92123**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**ALL PROPERTY NOT OTHERWISE ENCUMBERED BUT SUBJECT TO 1ST POSITION UCC1 LIEN AND EXCLUDING SECURITY DEPOSITS**

**Describe the lien**
**2ND POSITION UCC1 RECORDED 5/18/2020 (ALSO HAS A JUDGMENT)**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**2022**

**Last 4 digits of account number**
**N/A**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **PAWNEE LEASING** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$500.00** |
|---|---|---|---|---|

Creditor's Name

**3801 AUTOMATION WAY
SUITE 207
FORT COLLINS, CO 80525**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**PHONE SYSTEM**

**Describe the lien**
**PMSI**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**2021**

**Last 4 digits of account number**
**7015**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **PAWNEE LEASING** | **Describe debtor's property that is subject to a lien** | **$25,000.00** | **$20,000.00** |
|---|---|---|---|---|

Creditor's Name
**3801 AUTOMATION WAY**
**SUITE 207**
**FORT COLLINS, CO 80525**
Creditor's mailing address

**X-RAY MACHINE**

**Describe the lien**
**PMSI**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2020**
**Last 4 digits of account number**
**4513**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.6 | **THE LCF GROUP INC** |
| --- | --- |

Creditor's Name

**3000 MARCUS AVEUE**
**SUITE 2W15**
**LAKE SUCCESS, NY 11042**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**    $46,206.00    $81,631.00
**ALL PROPERTY NOT OTHERWISE**
**ENCUMBERED BUT SUBJECT TO 1ST, 2ND,**
**& 3RD POSITION UCC1 LIENS AND**
**EXCLUDING SECURITY DEPOSITS**

**Describe the lien**
**4TH POSITION UCC1 RECORDED ON**
**6/9/2023**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2023**
**Last 4 digits of account number**
**N/A**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.7 | **US BANK** |
| --- | --- |

Creditor's Name
**PO BOX 4493**
**PORTLAND, OR**
**97208-4493**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**    $93,239.49    $65,000.00
**2022 GMC YUKON - DEBTOR INTENDS TO**
**SURRENDER**

**Describe the lien**
**PMSI**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2022**
**Last 4 digits of account number**

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 3 of 4

8293

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $465,991.99 |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **BRIAN MYERS ESQ**<br>**2800 NORTH CENTRAL AVENUE**<br>**SUITE 1800**<br>**PHOENIX, AZ 85004** | Line **2.5** | |
| **JEFF HANDY ESQ**<br>**370 EAST SOUTH TEMPLE**<br>**4TH FLOOR**<br>**SALT LAKE CITY, UT 84111** | Line **2.3** | |
| **MICHAEL FULLER ESQ**<br>**3030 NORTH 3RD STREET**<br>**SUITE 200**<br>**PHOENIX, AZ 85012** | Line **2.3** | |
| **TANDEM FINANCE**<br>**25700 INTERSTATE 45**<br>**SUITE 4084**<br>**THE WOODLANDS, TX 77386** | Line **2.5** | |

Debtor name **THE B.L.H.G. GROUP, LLC**

United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | **$5,000.00** | **$5,000.00** |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|---|
| | **ARIZONA DEPARTMENT OF REVENUE**<br>**TAX BANKRUPTCY &**<br>**COLLECTIONS**<br>**2005 NORTH CENTRAL AVENUE**<br>**PHOENIX, AZ 85004** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>**2022-2024** | Basis for the claim:<br>**WITHHOLDING TAXES** |
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$20,000.00** | **$20,000.00** |
|---|---|---|---|---|
| | **INTERNAL REVENUE SERVICE**<br>**CENTRALIZED INSOLVENCY**<br>**OPERATIONS**<br>**PO BOX 7346**<br>**PHILADELPHIA, PA 19101-7346** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2022-2024** | Basis for the claim:<br>**PAYROLL TAXES** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,890.00 |
|---|---|---|---|

**ACKO CONSULTING**
**27626 NORTH 65TH LANE**
**PHOENIX, AZ 85083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **SERVICES**

Last 4 digits of account number **SMILENOW**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,991.56 |
|---|---|---|---|

**AMERICAN EXPRESS**
**PO BOX 96001**
**LOS ANGELES, CA 90096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **JUDGMENT**

Last 4 digits of account number **1006**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,900.00 |
|---|---|---|---|

**AOX IMPLANT STUDIO**
**1500 IANS TURN**
**KANNAPOLIS, NC 28081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **SUPPLIER**

Last 4 digits of account number **8402**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ARIZONA DEPARTMENT OF ECONOMIC**
**SECURITY**
**PO BOX 6028**
**MAIL DROP 5881**
**PHOENIX, AZ 85005-6028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **NONE - FOR INFO ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,391.00 |
|---|---|---|---|

**BENCO DENTAL**
**PO BOX 491**
**PITTSTON, PA 18640-0491**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **JUDGMENT**

Last 4 digits of account number **1639**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $850,000.00 |
|---|---|---|---|

**BLAKE AUSTIN**
**29119 NORTH 71ST PLACE**
**SCOTTSDALE, AZ 85266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **VARIOUS**

Basis for the claim: **INSIDER LOANS**

Last 4 digits of account number **N/A**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,677.00 |
|---|---|---|---|

**CWJ ANASTHESIA**
**C/O DAVID LOCKHART**
**2601 NORTH 16TH STREET**
**PHOENIX, AZ 85006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **SERVICES**

Last 4 digits of account number **SMILENOW**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,806.49 |
|---|---|---|---|

**DANI DENTAL STUDIO**
**1243 EAST BROADWAY**
**SUITE 201**
**TEMPE, AZ 85282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **SERVICES**

Last 4 digits of account number **6015**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,323.34 |
|---|---|---|---|

**DIVVY**
**13707 SOUTH 200 WEST**
**SUITE 100**
**DRAPER, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **REVOLVING**

Basis for the claim: **CREDIT CARD**

Last 4 digits of account number **1882**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,000.00 |
|---|---|---|---|

**ELITE ANASTHESIA**
**7090 SOUTH UNION PARK AVENUE**
**SUITE 300**
**MIDVALE, UT 84047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **SERVICES**

Last 4 digits of account number **SMILENOW**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,251.00 |
|---|---|---|---|

**FRANK VERS**
**3130 NORTH OAKLAND STREET #101**
**MESA, AZ 85215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **SERVICES**

Last 4 digits of account number **SMILENOW**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,794.32 |
|---|---|---|---|

**FUNDBOX**
**5760 LEGACY DRIVE**
**SUITE B3-535**
**PLANO, TX 75024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **LOAN**

Last 4 digits of account number **7243**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JOANN GAHARY**
**4902 EAST EVERETT DRIVE**
**SCOTTSDALE, AZ 85254**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **ALLEGED MALPRACTICE CLAIM**

Last 4 digits of account number **N/A**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,000.00 |
|---|---|---|---|

**MED DEN FUNDING**
**2700 FLETCHER AVENUE**
**LINCOLN, NE 68504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **LOAN**

Last 4 digits of account number **N/A**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,800.00 |
|---|---|---|---|

**PALAK SHETH**
**C/O JAMES WEILER ESQ**
**5050 NORTH 40TH STREET #260**
**PHOENIX, AZ 85018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  SERVICES**

Last 4 digits of account number  **SMILENOW**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,414.00 |
|---|---|---|---|

**SANTAN ORAL SURGERY**
**5353 NORTH 16TH STREET**
**SUITE 380**
**PHOENIX, AZ 85016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  JUDGMENT**

Last 4 digits of account number  **N/A**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90,746.21 |
|---|---|---|---|

**SITE CENTERS**
**3300 ENTERPRISE PARKWAY**
**BEACHWOOD, OH 44122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  SERVICE**

Last 4 digits of account number  **1744**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $273,090.00 |
|---|---|---|---|

**SITE CENTERS**
**3300 ENTERPRISE PARKWAY**
**BEACHWOOD, OH 44122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  BROKEN LEASE**

Last 4 digits of account number  **1744**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,921.60 |
|---|---|---|---|

**TERESA AMI**
**NEED ADDRESS**
**NEED ADDRESS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  LOAN**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,981.76 |
|---|---|---|---|

**UNITED HEALTHCARE**
**C/O DANNY FORD ESQ**
**3654 NORTH POWER ROAD #132**
**MESA, AZ 85215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  JUDGMENT**

Last 4 digits of account number  **N/A**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **ACKO CONSULTING**<br>**1021 SOUTH GREENFIELD ROAD**<br>**SUITE 1079**<br>**MESA, AZ 85206** | Line __3.1__<br>☐ Not listed. Explain ____ | _ |
| 4.2 **BEN HIMMELSTEIN**<br>**6720 NORTH SCOTTSDALE ROAD**<br>**SUITE 261**<br>**SCOTTSDALE, AZ 85253** | Line __3.16__<br>☐ Not listed. Explain ____ | _ |
| 4.3 **CLARK BUSINESS LAW**<br>**199 NORTH 290 WEST**<br>**SUITE 100**<br>**LINDON, UT 84042** | Line __3.10__<br>☐ Not listed. Explain ____ | _ |
| 4.4 **DICKINSON WRIGHT PLLC**<br>**1850 NORTH CENTRAL AVENUE**<br>**SUITE 1400**<br>**PHOENIX, AZ 85004** | Line __3.19__<br>☐ Not listed. Explain ____ | _ |
| 4.5 **GURSTEL LAW FIRM**<br>**9320 EAST RAINTREE DRIVE**<br>**SCOTTSDALE, AZ 85260** | Line __3.17__<br>☐ Not listed. Explain ____ | _ |
| 4.6 **GURSTEL LAW FIRM**<br>**9320 EAST RAINTREE DRIVE**<br>**SCOTTSDALE, AZ 85260** | Line __3.20__<br>☐ Not listed. Explain ____ | _ |
| 4.7 **GURSTEL LAW FIRM**<br>**9320 EAST RAINTREE DRIVE**<br>**SCOTTSDALE, AZ 85260** | Line __3.5__<br>☐ Not listed. Explain ____ | _ |
| 4.8 **GURSTEL LAW FIRM**<br>**9320 EAST RAINTREE DRIVE**<br>**SCOTTSDALE, AZ 85260** | Line __3.18__<br>☐ Not listed. Explain ____ | _ |
| 4.9 **JEFFREY LOWE ESQ**<br>**CAREY DANIS LOWE LLC**<br>**8235 FORSYTH BLVD # 1100**<br>**SAINT LOUIS, MO 63105** | Line __3.13__<br>☐ Not listed. Explain ____ | _ |
| 4.10 **JENNINGS HAUG ET AL**<br>**2800 NORTH CENTRAL AVENUE**<br>**SUITE 1800**<br>**PHOENIX, AZ 85004** | Line __3.13__<br>☐ Not listed. Explain ____ | _ |
| 4.11 **LAMBROS KARANDREAS ESQ**<br>**1225 WEST WASHINGTON**<br>**SUITE 110**<br>**TEMPE, AZ 85288** | Line __3.2__<br>☐ Not listed. Explain ____ | _ |
| 4.12 **PUCIN & FRIEDLAND**<br>**935 NATIONAL PARKWAY**<br>**SUITE 40**<br>**SHAUMBURG, IL 60173** | Line __3.9__<br>☐ Not listed. Explain ____ | _ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.13 | RECOVERY SOLUTIONS GROUP<br>1008 MATTLIND WAY<br>MILFORD, DE 19963 | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | SCJ COMMERCIAL FINANCIAL SERVICES<br>17507 SOUTH DUPONT HIGHWAY<br>SUITE 2<br>HARRINGTON, DE 19952 | Line **3.12**<br>☐ Not listed. Explain ____ | _ |

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 25,000.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,664,978.28 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 1,689,978.28 |

Fill in this information to identify the case:

Debtor name   **THE B.L.H.G. GROUP, LLC**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL REAL PROPERTY LOCATED AT 9377 EAST BELL ROAD, SUITE 347, SCOTTSDALE, AZ, 85260 | |
| State the term remaining | N/A - LOCKED OUT | AG-CW EAST BELL ROAD OWNER, LLC 8222 SOUTH 48TH STREET SUITE 255 PHOENIX, AZ 85044 |
| List the contract number of any government contract | | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL REAL PROPERTY LOCATED AT 3011 SOUTH LINDSAY ROAD, SUITE 118, GILBERT, AZ 85292 | |
| State the term remaining | 5 YEARS | CORYNOPUNTIA LLC 3400 EAST MCDOWELL ROAD PHOENIX, AZ 85008 |
| List the contract number of any government contract | | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | PHONE SERVICE PROVIDER | |
| State the term remaining | MONTH-TO-MONTH | TELECLOUD PO BOX 1527 LITTLE ELM, TX 75068 |
| List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name  **THE B.L.H.G. GROUP, LLC**

United States Bankruptcy Court for the:  DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
  amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **BLAK AND LAUREN AUSTIN** | | **SITE CENTERS** | ☐ D _____<br>■ E/F __3.18__<br>☐ G _____ |
| 2.2 | **BLAKE & LAUREN AUSTIN** | | **DENTISTRY FOR YOU II, LLC** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **BLAKE AND LAUREN AUSTIN** | | **SITE CENTERS** | ☐ D _____<br>■ E/F __3.17__<br>☐ G _____ |
| 2.4 | **BLAKE AUSTIN** | **29119 NORTH 71ST PLACE SCOTTSDALE, AZ 85266** | **US BANK** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **BLAKE AUSTIN** | | **PAWNEE LEASING** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | THE B.L.H.G. GROUP, LLC | Case number *(if known)* | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **BLAKE AUSTIN** | **MULIGAN FUNDING** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **BLAKE AUSTIN** | **LG FUNDING LLC** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **BLAKE AUSTIN** | **THE LCF GROUP INC** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **BLAKE AUSTIN** | **AMERICAN EXPRESS** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.10 | **MARK V HALEY** C/O LEWIS BRISBOIS ET AL<br>2929 NORTH CENTRAL AVENUE #1700<br>PHOENIX, AZ 85012 | **JOANN GAHARY** | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |
| 2.11 | **MICHAEL WASSON** C/O BROENING OBERG ET AL<br>2800 NORTH CENTRAL AVENUE #1600<br>PHOENIX, AZ 85004 | **JOANN GAHARY** | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |
| 2.12 | **SAM FOREMAN** | **SITE CENTERS** | ☐ D _____<br>■ E/F __3.17__<br>☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

2.13   **TIMOTHEY SILEGY, ET AL**     **C/O WICKER SMITH ET AL**
**1 NORTH CENTRAL AVENUE #860**
**PHOENIX, AZ 85004**     **JOANN GAHARY**

☐ D _____
■ E/F   **3.13** _____
☐ G _____

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:** **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$220,455.91** |
   | **For prior year:** From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other  _____ | **$1,938,833.80** |
   | **For year before that:** From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  _____ | **$2,856,481.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

**Part 2:** **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | AMERICAN EXPRESS NATIONAL BANK v. AUSTIN ET AL CV2023-104454 | BREACH OF CONTRACT | SUPERIOUR COURT MARICOP COUNTY | ☐ Pending ☐ On appeal ■ Concluded |
| 7.2. | MULLIGAN FUNDING LLC v. THE BLHG GROUP, LLC ET AL CV2024-002915 | BREACH OF CONTRACT | SUPERIOR COURT MARICOPA COUNTY | ☐ Pending ☐ On appeal ■ Concluded |
| 7.3. | SAN TAN ORAL SURGERY PLLC v. THE BLHG GROUP, LLC CV2023-053544 | BREACH OF CONTRACT | SUPERIOR COURT MARICOPA COUNTY | ☐ Pending ☐ On appeal ■ Concluded |
| 7.4. | PALAK SHETH v. THE BLHG GROUP, LLC CV2024-015992 | BREACH OF CONTRACT | SUPERIOR COURT MARICOPA COUNTY | ■ Pending ☐ On appeal ☐ Concluded |
| 7.5. | UNITED TAX CREDIT v. THE BLHG GROUP, LLC CC2024-195628RC | BREACH OF CONTRACT | DREAMY DRAW JUSTICE COURT | ☐ Pending ☐ On appeal ■ Concluded |

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.6. JOAN GAHARY v. TIM SILEGY ET AL<br>CV2024-025085 | ALLEGED MALPRACTICE | SUPERIOR COURT MARICOPA COUNTY | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. PAWNEE LEASING CORP v. THE BLHG GROUP, LLC ET AL<br>CV2024-015783 | BREACH OF CONTRACT | SUPERIOR COURT MARICOPA COUNTY | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. UNITED HEALTCARE v. THE BLHG GROUP, LLC<br>TJ2024-000706 | BREACH OF CONTRACT | SUPERIOR COURT MARICOPA COUNTY | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.9. BENCO DENTAL SUPPLY CO. v. THE BLHG GROUP, LLC<br>CV2024-003373 | BREACH OF CONTRACT | SUPERIOR COURT MARICOPA COUNTY | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.10. AG-CW EAST BELL ROAD OWNER, LLC v. THE BLHG GROUP, LLC ET AL<br>CV2025-001201 | BREACH OF CONTRACT | SUPERIOR COURT MARICOPA COUNTY | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **ALLAN D NEWDELMAN PC 80 EAST COLUMBUS AVENUE PHOENIX, AZ 85012** | **RETAINER AND CHAPTER 11 FILING FEE** | **MARCH, 2025** | **$9,238.00** |
| | Email or website address **anewdelman@adnlaw.net** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:** Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:** Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **THE BLHG GROUP, LLC D/B/A SMILE NOW DENTAL IMPLANT 3011 SOUTH LINDSAY ROAD SUITE 118** | **DENTAL IMPLANTS** | **N/A** |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **GILBERT, AZ 85295** | | |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>**OFFICE COMPUTER** | **How are records kept?**<br>*Check all that apply:*<br>■ Electronically<br>☐ Paper |

---

**Part 9:**    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

---

**Part 11:**    Property the Debtor Holds or Controls That the Debtor Does Not Own

---

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| | |

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **FINCENT**<br>**WEB BASED AT:**<br>**https://fincent.com** | **2023 TO THE PRESENT** |
| 26a.2.    **JOSEPH McINERNEY, EA**<br>**6930 EAST CHAUNCEY LAND**<br>**SUITE 220**<br>**PHOENIX, AZ 85054** | **2023 TO PRESENT** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1    **BLAKE AUSTIN** | **MARCH 5, 2025** | **$1,000.00 AT COST** |

| Name and address of the person who has possession of inventory records |
|---|
| **BLAKE AUSTIN**<br>**3011 SOUTH LINDSAY ROAD**<br>**SUITE 118**<br>**GILBERT, AZ 85295** |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **BLAKE AUSTIN** | **3011 SOUTH LINDSAY ROAD**<br>**SUITE 118**<br>**GILBERT, AZ 85295** | **MEMBER/MANAGER** | **100%** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **BLAKE AUSTIN**<br>**3011 SOUTH LINDSAY ROAD**<br>**SUITE 118**<br>**GILBERT, AZ 85295** | **DRAWS - $300,000** | **OVER THE PAST YEAR** | **DRAWS** |
| | **Relationship to debtor**<br>**DEBTOR'S PRINCIPAL** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ■ No
    ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __March 11, 2025__

__/s/ BLAKE AUSTIN__                              __BLAKE AUSTIN__
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    __MANAGER/MEMBER__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## District of Arizona

In re    **THE B.L.H.G. GROUP, LLC**            Case No. _____

                Debtor(s)       Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **BLAKE AUSTIN**<br>**3011 SOUTH LINDSAY ROAD**<br>**SUITE 118**<br>**GILBERT, AZ 85295** | | | **100% MEMBER** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the **MANAGER/MEMBER** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **March 11, 2025** _____      Signature   **/s/ BLAKE AUSTIN**
                                                            **BLAKE AUSTIN**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**

**District of Arizona**

In re   **THE B.L.H.G. GROUP, LLC** _____

                                Debtor(s)

Case No. _____

Chapter   **11** _____

☐ Check if this is an
Amended/Supplemental Mailing List
(Include only newly added or
changed creditors.)

# MAILING LIST DECLARATION

      I, the MANAGER/MEMBER of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury,

that the Master Mailing List, consisting of __5__ sheet(s), is complete, correct and consistent with the debtor(s)' Schedules.

Date:   **March 11, 2025** _____

      **/s/ BLAKE AUSTIN** _____
      **BLAKE AUSTIN/MANAGER/MEMBER**
      Signer/Title

Date:   **March 11, 2025** _____

      **/s/ Allan D. NewDelman** _____
      Signature of Attorney
      **Allan D. NewDelman 004066**
      **ALLAN D. NEWDELMAN, P.C.**
      **80 EAST COLUMBUS AVENUE**
      **PHOENIX, AZ 85012**
      **602-264-4550  Fax: 602-277-0144**

THE B.L.H.G. GROUP, LLC -

ACKO CONSULTING
27626 NORTH 65TH LANE
PHOENIX AZ 85083


ACKO CONSULTING
1021 SOUTH GREENFIELD ROAD
SUITE 1079
MESA AZ 85206


AG-CW EAST BELL ROAD OWNER, LLC
8222 SOUTH 48TH STREET
SUITE 255
PHOENIX AZ 85044


AMERICAN EXPRESS
PO BOX 96001
LOS ANGELES CA 90096


AOX IMPLANT STUDIO
1500 IANS TURN
KANNAPOLIS NC 28081


ARIZONA DEPARTMENT OF ECONOMIC SECURITY
PO BOX 6028
MAIL DROP 5881
PHOENIX AZ 85005-6028


ARIZONA DEPARTMENT OF REVENUE
TAX BANKRUPTCY & COLLECTIONS
2005 NORTH CENTRAL AVENUE
PHOENIX AZ 85004


BEN HIMMELSTEIN
6720 NORTH SCOTTSDALE ROAD
SUITE 261
SCOTTSDALE AZ 85253


BENCO DENTAL
PO BOX 491
PITTSTON PA 18640-0491


BLAKE AUSTIN
29119 NORTH 71ST PLACE
SCOTTSDALE AZ 85266

THE B.L.H.G. GROUP, LLC -


BRIAN MYERS ESQ
2800 NORTH CENTRAL AVENUE
SUITE 1800
PHOENIX AZ 85004


CLARK BUSINESS LAW
199 NORTH 290 WEST
SUITE 100
LINDON UT 84042


CORYNOPUNTIA LLC
3400 EAST MCDOWELL ROAD
PHOENIX AZ 85008


CWJ ANASTHESIA
C/O DAVID LOCKHART
2601 NORTH 16TH STREET
PHOENIX AZ 85006


DANI DENTAL STUDIO
1243 EAST BROADWAY
SUITE 201
TEMPE AZ 85282


DENTISTRY FOR YOU II, LLC
C/O SAM FOREMAN
4720 EAST TIERRA BUENA LANE
PHOENIX AZ 85032


DICKINSON WRIGHT PLLC
1850 NORTH CENTRAL AVENUE
SUITE 1400
PHOENIX AZ 85004


DIVVY
13707 SOUTH 200 WEST
SUITE 100
DRAPER UT 84020


ELITE ANASTHESIA
7090 SOUTH UNION PARK AVENUE
SUITE 300
MIDVALE UT 84047

THE B.L.H.G. GROUP, LLC -


FRANK VERS
3130 NORTH OAKLAND STREET #101
MESA AZ 85215


FUNDBOX
5760 LEGACY DRIVE
SUITE B3-535
PLANO TX 75024


GURSTEL LAW FIRM
9320 EAST RAINTREE DRIVE
SCOTTSDALE AZ 85260


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346


JEFF HANDY ESQ
370 EAST SOUTH TEMPLE
4TH FLOOR
SALT LAKE CITY UT 84111


JEFFREY LOWE ESQ
CAREY DANIS LOWE LLC
8235 FORSYTH BLVD # 1100
SAINT LOUIS MO 63105


JENNINGS HAUG ET AL
2800 NORTH CENTRAL AVENUE
SUITE 1800
PHOENIX AZ 85004


JOANN GAHARY
4902 EAST EVERETT DRIVE
SCOTTSDALE AZ 85254


LAMBROS KARANDREAS ESQ
1225 WEST WASHINGTON
SUITE 110
TEMPE AZ 85288


LG FUNDING LLC
1218 UNION STREET
BROOKLYN NY 11225

THE B.L.H.G. GROUP, LLC -

MARK V HALEY
C/O LEWIS BRISBOIS ET AL
2929 NORTH CENTRAL AVENUE #1700
PHOENIX AZ 85012

MED DEN FUNDING
2700 FLETCHER AVENUE
LINCOLN NE 68504

MICHAEL FULLER ESQ
3030 NORTH 3RD STREET
SUITE 200
PHOENIX AZ 85012

MICHAEL WASSON
C/O BROENING OBERG ET AL
2800 NORTH CENTRAL AVENUE #1600
PHOENIX AZ 85004

MULIGAN FUNDING
4715 VIEWRIDGE ROAD
SAN DIEGO CA 92123

PALAK SHETH
C/O JAMES WEILER ESQ
5050 NORTH 40TH STREET #260
PHOENIX AZ 85018

PAWNEE LEASING
3801 AUTOMATION WAY
SUITE 207
FORT COLLINS CO 80525

PUCIN & FRIEDLAND
935 NATIONAL PARKWAY
SUITE 40
SHAUMBURG IL 60173

RECOVERY SOLUTIONS GROUP
1008 MATTLIND WAY
MILFORD DE 19963

SANTAN ORAL SURGERY
5353 NORTH 16TH STREET
SUITE 380
PHOENIX AZ 85016

THE B.L.H.G. GROUP, LLC -


SCJ COMMERCIAL FINANCIAL SERVICES
17507 SOUTH DUPONT HIGHWAY
SUITE 2
HARRINGTON DE 19952


SITE CENTERS
3300 ENTERPRISE PARKWAY
BEACHWOOD OH 44122


STEPHEN FONG ESQ
WARNER ANGLE ET AL
2555 EAST CAMELBACK #800
PHOENIX AZ 85016


TANDEM FINANCE
25700 INTERSTATE 45
SUITE 4084
THE WOODLANDS TX 77386


TELECLOUD
PO BOX 1527
LITTLE ELM TX 75068


TERESA AMI
NEED ADDRESS
NEED ADDRESS


THE LCF GROUP INC
3000 MARCUS AVEUE
SUITE 2W15
LAKE SUCCESS NY 11042


TRANSWESTERN
2501 EAST CAMELBACK ROAD
SUITE 1
PHOENIX AZ 85016


UNITED HEALTHCARE
C/O DANNY FORD ESQ
3654 NORTH POWER ROAD #132
MESA AZ 85215


US BANK
PO BOX 4493
PORTLAND OR 97208-4493

# United States Bankruptcy Court
## District of Arizona

In re   **THE B.L.H.G. GROUP, LLC**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **THE B.L.H.G. GROUP, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

March 11, 2025

Date

/s/ Allan D. NewDelman

**Allan D. NewDelman 004066**

Signature of Attorney or Litigant

Counsel for   **THE B.L.H.G. GROUP, LLC**

**ALLAN D. NEWDELMAN, P.C.**
**80 EAST COLUMBUS AVENUE**
**PHOENIX, AZ 85012**
**602-264-4550 Fax:602-277-0144**
**anewdelman@adnlaw.net**